# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LIST INDUSTRIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LARRY LIST, <br><br> Defendant. | Case No. 2:17-cv-02159-JCM-CWH <br><br> **ORDER** |

In reviewing the docket in this case, it has come to the court's attention that Defendant Larry List may not have been receiving service of the court's orders because his address is not listed on the court's docket sheet.

IT IS THEREFORE ORDERED that the Clerk of Court must add the address provided on the summons (ECF No. 8) and referenced in Exhibit B to Mr. List's application to proceed *in forma pauperis* (ECF No. 11) to the docket sheet as follows:

> Larry List
> 33 Emerald Dunes Circle
> Henderson, Nevada 89052

IT IS FURTHER ORDERED that the Clerk of Court must mail copies of the following orders to Mr. List:

- Order (ECF No. 10)
- Order (ECF No. 12)
- Order (ECF No. 13)

IT IS FURTHER ORDERED that the hearing regarding Mr. List's competency is re-set for Monday, October 23, 2017, at 9:30 a.m. in Courtroom 3C, Lloyd D. George United States

Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada, 89101.  Mr. List must attend the hearing in person.

IT IS FURTHER ORDERED that Mr. List must file any documentary evidence that he has pertaining to his competency by October 16, 2017.

DATED: October 3, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**