MATTHEW C. ADDISON, ESQ. (NV #4201)
McDONALD CARANO LLP
100 W. Liberty Street, Tenth Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
maddison@mcdonaldcarano.com

*Attorneys for Plaintiff*
*List Industries Inc.*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| LIST INDUSTRIES INC., an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LARRY LIST, an individual; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-02159-JCM-CWH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND [Proposed] ORDER THEREON** |

IT IS HEREBY STIPULATED, by and among Plaintiff LIST INDUSTRIES INC. and Defendant LARRY LIST, that the above-referenced action be dismissed with prejudice.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

IT IS HEREBY FURTHER STIPULATED, this Court shall retain jurisdiction to enforce the settlement reached by and between the parties on November 30, 2017.

RESPECTFULLY SUBMITTED this 30th day of November, 2017.

McDONALD CARANO LLP

By: /s/ Matthew C. Addison
Matthew C. Addison, Esq. (NSBN 4201)
100 West Liberty Street, 10th Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
maddison@mcdonaldcarano.com

Attorneys for Plaintiff
List Industries Inc.

By: /s/ Larry List
Larry List
33 Emerald Dunes Circle
Henderson, NV 89052
forsalelisthallowell@gmail.com
listfutures@outlook.com

Defendant

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE MAGISTRATE
DATED: _____

4832-8949-4103, v. 1