# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| List Industries Inc.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Larry List,<br><br>　　　　　Defendant. | Case No. 2:17-cv-02159-DJA<br><br>**Order** |

On October 10, 2024, the Court granted Plaintiff's motion to supplement its motion to enforce the parties' settlement agreement. (ECF No. 27). In moving to supplement, Plaintiff represented that, if the Court granted the motion, Plaintiff would file its supplement within ten days of the Court's order. (ECF No. 25). However, ten days have passed since the Court's order and Plaintiff has not filed its supplement.

**IT IS THEREFORE ORDERED** that Plaintiff shall file its supplement on or before **November 8, 2024.** The Clerk of Court is kindly directed to send a copy of this order to Defendant.

DATED: October 31, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE