# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| List Industries Inc., <br><br>           Plaintiff, <br><br> v. <br><br> Larry List, et al., <br><br>           Defendants. | Case No. 2:17-cv-02159-DJA <br><br> **Order** |

Before the Court is Plaintiff List Industries Inc.'s motion to enforce settlement. (ECF No. 24). The Court sets a hearing on this motion.

**IT IS THEREFORE ORDERED** that an in-person motion hearing regarding ECF No. 24 is set for **December 10, 2024, at 10:00 a.m.** before the Honorable Magistrate Judge Daniel J. Albregts in Las Vegas Courtroom 3A.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send a copy of this order to Plaintiff at his address on the docket and at the below address:

   Larry List
   2106 Evans Road
   Flossmoor, IL 60422

DATED: November 13, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE