# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| List Industries, Inc., | Case No. 2:17-cv-02159-JCM-DJA |
| Plaintiff, | |
| v. | **Order** |
| Larry List, et al., | |
| Defendants. | |

Before the Court is Plaintiff's motion to continue the December 10, 2024, hearing.  (ECF No. 31).  Plaintiff explains that counsel for Plaintiff will be out of town and unable to attend the hearing and that no other counsel in their firm can handle the matter.  (*Id.*).  The Court finds this to constitute good cause under Federal Rule of Civil Procedure 6(b) and Local Rule IA 6-1.  The Court also notes that, since Plaintiff has moved to enforce the settlement agreement, Defendant has not appeared in this matter.  Additionally, Defendant's response to Plaintiff's motion would be due on the date of the hearing.  So, the Court finds this matter appropriate to determine without awaiting a response from Defendant.

///

///

///

1    **IT IS THEREFORE ORDERED** that Plaintiff's motion (ECF No. 31) is **granted.** The

2    hearing scheduled for December 10, 2024, is **vacated,** and **reset** to **February 4, 2025, at 10:00**

3    **a.m.** in <u>LV Courtroom 3A before the Honorable Magistrate Judge Daniel J. Albregts</u>. The Clerk

4    of Court is kindly directed to send a copy of this order to Defendant at the below addresses and

5    emails:

6

7    Larry List
     33 Emerald Dunes Circle
8    Henderson, NV 89052

9    Larry List
     2106 Evans Road
10   Flossmoor, IL 60422

11

12   forsalelisthallowell@gmail.com
     listfutures@outlook.com

13

14   DATED: December 2, 2024

15

16

17   _____
     DANIEL J. ALBREGTS
     UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28