**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| List Industries Inc., an Illinois Corporation,<br>Plaintiff,<br>v.<br>Larry List,<br>Defendant. | Case No. 2:17-cv-02159-DJA<br>**Order** |

Before the Court is Plaintiff's motion to supplement its motion to enforce settlement agreement. (ECF No. 37). The Court finds that Plaintiff has shown good cause to supplement its motion to enforce settlement agreement. *See* LR 7-2(g). The Court grants Plaintiff's motion.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to supplement (ECF No. 37) is **granted.**

DATED: November 24, 2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE